STATE OF MARYLAND          \*     In the

                                      \*     Court of Appeals

v.                                 \*     of Maryland

                                      \*     No. 52

TYSHON LETEEK JONES      \*     September Term, 2015

## ORDER

The case having been argued before this Court on January 12, 2016, it is this 20th day of May, 2016,

**ORDERED**, by the Court of Appeals of Maryland, that supplemental briefing and reargument be scheduled on the following additional issue set forth below:

1. In deciding this case, should the Court re-consider its holding in Roary v. State, 385 Md.217, 226-36, 867 A.2d 1095, 1100-6 (2005), as to whether first-degree assault may serve as a predicate for second-degree felony murder?

**ORDERED**, that the petitioner's supplemental brief shall be filed on or before July 5, 2016, and the respondent's supplemental brief shall be filed on or before August 4, 2016, and it is further

**ORDERED**, that the case shall be set for reargument September 9, 2016.

/s/ Mary Ellen Barbara
Chief Judge